**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Capitol Records, Inc., et al., ) | CV 06-1124-PHX-JAT |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| Deborah Weed, ) | |
| Defendant. ) | |

Plaintiff record companies filed this copyright infringement suit against Defendant Weed on April 21, 2006. Ms. Weed answered the complaint on July 17, 2007. She filed a motion to amend her answer (Doc. #39) on December 21, 2007. Ms. Weed then filed the pending motion to dismiss (Doc. #47) on January 23, 2008.

In her pending motion, Ms. Weed argues we should dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). But a motion to dismiss for failure to state a claim must be filed before the responsive pleading. Fed.R.Civ.P. 12(b); *Elvig v. Calvin Presbyterian Church*, 375 F.3d 951, 954 (9th Cir. 2004). Ms. Weed did not file her motion to dismiss until more than six months after she had answered the complaint and more than a month after seeking leave to file an amended answer – at which time the case had been pending close to two years. The Court therefore will deny the motion to dismiss as untimely.[1]

---

[1] The Court declines Plaintiffs' suggestion to treat the pending motion as a Rule 12(c) motion for judgment on the pleadings.

Accordingly,

IT IS ORDERED DENYING Defendant's Motion to Dismiss (Doc. #47).

DATED this 29th day of May, 2008.

James A. Teilborg
United States District Judge

- 2 -